# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Marsha L. Nowell | : Case No.: 10-14726 |
| | : Chapter 13 |
| Debtor(s). | : Judge Burton Perlman |
| | : * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 2)

Now comes The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A. as Trustee ("Creditor"), by and through its mortgage servicing agent GMAC Mortgage LLC, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Marsha L. Nowell ("Debtor"). For the reasons which follow, confirmation should be denied.

## MEMORANDUM IN SUPPORT OF OBJECTION

Creditor is a creditor herein secured by a second mortgage lien upon the Debtor's real estate located at 3064 Westbrook Drive, Cincinnati, OH 45238. The Debtor's Chapter 13 Plan proposes to treat Creditor's claim unfairly as it is proposing to avoid Creditor's lien and treat it as unsecured. Creditor has completed its equity analysis and objects to confirmation of the plan with the intent to enter into an agreed order providing the terms under which the second mortgage lien will be avoided.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Ref# 10-512490-071610-ev

Respectfully submitted,

/s/ James E. Tebbutt
James E. Tebbutt (0084830)
Holly N. Wolf (0068847)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: jet@mdk-llc.com
Attorneys for Creditor

Ref# 10-512490-071610-ev

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010, a copy of the foregoing Objection to Confirmation of Chapter 13 Plan was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

| | |
|---|---|
| Office of U.S. Trustee<br>Southern District of Ohio<br>Party of Interest<br>36 East Seventh Street<br>Suite 2050<br>Cincinnati, OH 45202 | David J. Hoff<br>Attorney for Marsha L. Nowell<br>800 Gallia Street, Suite 28<br>Portsmouth, OH 45662<br>dhoff.dkandco@fuse.net;dkandco@midohio.twcbc.com |
| Margaret A. Burks<br>600 Vine Street<br>Suite 2200<br>Cincinnati, OH 45202<br>cincinnati@cinn13.org | |

and on the following by **ordinary U.S. Mail**, addressed to:

| | |
|---|---|
| Marsha L. Nowell<br>3064 Westbrook Drive<br>Cincinnati, OH 45238 | HSBC Mortgage Services Inc.<br>PO Box 3425<br>Buffalo, NY 14240 |
| Hamilton County Treasurer<br>County Administration Building<br>138 East Court Street<br>Cincinnati, OH 45202 | |

/s/ James E. Tebbutt
James E. Tebbutt

Ref# 10-512490-071610-ev